UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-20030-TP MOORE

UNITED STATES OF AMERICA,

vs.

THOMAS DAQUAN DERICHO,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

    This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant, Thomas Daquan Dericho (ECF No. 10). Upon referral from Chief District Court Judge K. Michael Moore, the matter was set for status hearing, which was conducted on January 19, 2021 (ECF No. 11). The hearing was attended by counsel for the government, counsel for Defendant Dericho, his supervising U.S. Probation Officer, and Mr. Dericho. Mr. Dericho, through counsel, proffered that he was in the process of completing his community service hours required as a term of his supervised release, the shortfall of which was the violation alleged in the pending Petition. The matter was reset for two weeks with agreement from the government and Probation Officer.

    A subsequent hearing was conducted on February 2, 2021. It was again attended by Mr. Dericho and his supervising Probation Officer, as well as counsel for both government and Mr. Dericho. It was then proffered that Mr. Dericho has completed all 100 hours of his required community service, which he completed with Miami Dade Department of transportation and public works. Probation Officer Tyrone Francis stated that he was satisfied that the community service hours were completed, and that he would be moving for dismissal of the Petition. Counsel

for the government and for Mr. Dericho joined the request that the Petition be dismissed. Mr. Dericho's term of supervised release, moreover, was projected to terminate last month, on January 21, 2021.

According, and upon the joint recommendation of the Parties, it is the recommendation of the undersigned that the Court DISMISS the Petition (ECF No. 2).

The parties will have seven[1] calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 7th day of February, 2021.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc: The Honorable K. Michael Moore
    Counsel of record

---

[1] The period for objections is shortened as all parties have agreed to the relief recommended herein.